# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**GEORGE JACKSON**                                                                              **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 5:05CV192-DCB-JLS**

**CRAWFORD & COMPANY AND
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA.**                                                      **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come on for hearing on the *ore tenus* motion of the parties, and the Court being advised that the parties have agreed upon a full and final release and settlement as to all claims by Plaintiff George Jackson against Defendant Crawford & Company, hereby grants the parties' *ore tenus* motion to dismiss with prejudice all claims made or that could have been made by Plaintiff.

IT IS, HEREBY, ORDERED AND ADJUDGED that all claims made or that could have been made by Plaintiff against Crawford & Company in the above referenced civil action are hereby dismissed with prejudice.

SO ORDERED this the 21st day of August, 2006.

                                                     S/DAVID BRAMLETTE
                                                     UNITED STATES DISTRICT JUDGE

AGREED:

s/Craig R. Sessums
Craig R. Sessums (Bar #10184)
Jones, Funderburg & Sessums, PLLC
Post Office Box 13960
Jackson, Mississippi 93236-3960
Counsel for Plaintiff


s/Robert P. Thompson
Robert P. Thompson (Bar #8188)
Lori Jordan Graham (Bar #100706)
COPELAND, COOK, TAYLOR & BUSH, P.A.
Post Office Box 6020
Ridgeland, Mississippi  39158-6020