IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GEORGE JACKSON                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 5:05CV192 DCB-JCS

CRAWFORD & COMPANY AND
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA                                                                DEFENDANT

## ORDER DISMISSING CROSS-CLAIM OF
## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THIS CAUSE came before the Court on a motion *ore tenus* of Defendant National Union Fire Insurance Company of Pittsburgh, PA, requesting that its Cross-Claim asserted against Defendant Crawford & Company be dismissed; and, after consideration of said motion and being advised that no party has any objection to the motion, the Court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Cross-Claim filed by Defendant National Union Fire Insurance Company of Pittsburgh, PA against Defendant Crawford & Company should be and is hereby dismissed without prejudice with each party to bear their own respective costs.

SO ORDERED on the 19th day of September, 2006.


S/DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

F. KEITH BALL, MSB #8645
CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
1044 River Oaks Drive (39232)
P. O. Box 750
Jackson, MS 39205-0750
Phone: (601) 969-1010
Fax:    (601) 969-5120
COUNSEL FOR NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA